**12-Person Jury**

\* 5 0 1 0 8 2 5 8 \*
FILED
9/21/2021 4:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L009378
14907214

2021N-0082

#56323   PPT/dak

FILED DATE: 9/21/2021 4:22 PM   2021L009378

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KAMILA LACH, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL MAYER and LYFT INC., <br><br> Defendants. | No. 2021L009378 <br><br> *Plaintiff demands trial by jury.* |

### COMPLAINT AT LAW

Plaintiff, KAMILA LACH ("LACH"), by her attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of defendants, DANIEL MAYER ("MAYER") and LYFT INC. ("LYFT"), and states as follows:

### FACTS COMMON TO ALL COUNTS

1. On and prior to September 23, 2019, Roselle Road ran north/south at its intersection with West Wise Road, running east/west in Schaumburg, Cook County.

2. At said time and place, defendant, MAYER, was an agent and/or employee of defendant, LYFT, and was acting within the scope of his agency and/or employment.

3. At said time and place, defendant, MAYER, was travelling southbound on Roselle Road at its intersection with West Wise Road with Plaintiff, LACH, as his passenger.

4. At said time and place, defendant, MAYER, ran a red-light on southbound Roselle Road at its intersection with West Wise Road, resulting in a crash.

**Exhibit A**

FILED DATE: 9/21/2021 4:22 PM 2021L009378

## COUNT I

### KAMILA LACH v. DANIEL MAYER

*Negligence*

1. Plaintiff incorporates Facts Common to All Counts as if stated here.

2. At said time and place, defendant, MAYER, had a duty to exercise reasonable care in the operation of his motor vehicle.

3. At said time and place, defendant, MAYER, breached his duty in one or more of the following ways:

   a. Operated his motor vehicle without keeping a proper and sufficient lookout;

   b. Failed to stop when faced with a traffic control signal exhibiting a steady red signal, in violation of 625 ILCS 5/11-306;

   c. Proceeded at a speed which endangered the safety of persons including, but not limited to, Plaintiff, LACH, in violation of 625 ILCS 5/11-601;

   d. Failed to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601;

   e. Failed to yield to the right-of-way to other traffic lawfully using the intersection, in violation of 625 ILCS 5/11-901; and/or

   f. Failed to give audible warning with his horn when such warning was reasonable necessary to ensure safety, in violation of 625 ILCS 5/12-601.

4. As a proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff, LACH, suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, KAMILA LACH, demands judgment against defendant, DANIEL MAYER, for an amount in excess of the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.



## COUNT II

### KAMILA LACH v. LYFT, INC.

*Agency / Negligence*

1. Plaintiff incorporates Facts Common to All Counts as if stated here.

2. At said time and place, defendant, LYFT, by and through its agent/employee, MAYER, had a duty to exercise reasonable care in the operation of its motor vehicle.

3. At said time and place, defendant, LYFT, by and through its agent/employee, MAYER, breached its duty in one or more of the following ways:

   a. Operated his motor vehicle without keeping a proper and sufficient lookout;

   b. Failed to stop when faced with a traffic control signal exhibiting a steady red signal, in violation of 625 ILCS 5/11-306;

   c. Proceeded at a speed which endangered the safety of persons including, but not limited to, Plaintiff, LACH, in violation of 625 ILCS 5/11-601;

   d. Failed to decrease speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 5/11-601;

   e. Failed to yield to the right-of-way to other traffic lawfully using the intersection, in violation of 625 ILCS 5/11-901; and/or

   f. Failed to give audible warning with its horn when such warning was reasonable necessary to ensure safety, in violation of 625 ILCS 5/12-601.

4. As a proximate result of one or more of the foregoing negligent acts or omissions, Plaintiff, LACH, suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, KAMILA LACH, demands judgment against defendant, LYFT, for an amount in excess of the jurisdictional minimum of the Law Division of the Circuit Court of Cook County.

FILED DATE: 9/21/2021 4:22 PM 2021L009378



_____
One of the Attorneys for Plaintiffs

Phil P. Terrazzino (phil@tkklaw.com)
Tomasik Kotin Kasserman, LLC
Attorneys for Plaintiffs
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
(312) 605-8800
Firm No. 56323

4

\* 5 0 1 0 8 2 5 8 \*
FILED
9/21/2021 4:22 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
14907214

2021N-0082

FILED DATE: 9/21/2021 4:22 PM 2021L009378

#56323    PPT/dak

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| KAMILA LACH,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MAYER and LYFT INC.,<br><br>Defendants. | No. 2021L009378<br><br>*Plaintiff demands trial by jury.* |

## AFFIDAVIT

I, PHILIP P. TERRAZZINO, under oath and subject to the penalties of perjury, depose and state that the damages sought in this cause exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

Pursuant to 735 ILCS 5/1-109, the undersigned certified that the foregoing Affidavit is true and correct based upon the personal knowledge of the undersigned.

TOMASIK KOTIN KASSERMAN, LLC
By: Philip P. Terrazzino

Philip P. Terrazzino
Tomasik Kotin Kasserman, LLC
Attorney for Plaintiffs
161 North Clark Street, Suite 3050
Chicago, Illinois 60601
(312) 605-8800 // (312) 605-8808 fax
phil@tkklaw.com
Firm I.D. No. 56323



| | | |
|---|---|---|
| | | **Service of Process Transmittal** |
| | | 10/01/2021 |
| | | CT Log Number |
| **TO:** | | |
| | Lyft, Inc. | |
| | 185 BERRY ST STE 5000 | |
| | SAN FRANCISCO, CA 94107-2503 | |
| **RE:** | Process Served in Illinois | |
| **FOR:** | Lyft, Inc. (Domestic State: DE) | |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: KAMILA LACH // To: Lyft, Inc. |
| **DOCUMENT(S) SERVED:** | Summons(es), Complaint, Affidavit |
| **COURT/AGENCY:** | Cook County Circuit Court - Law Division, IL<br>Case # 2021L009378 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision - 09/23/2019 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/01/2021 at 03:53 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, not counting the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Phil P. Terrazzino<br>Tomasik Kotin Kasserman, LLC<br>161 North Clark Street, Suite 3050<br>Chicago, IL 60601<br>312-605-8800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: , Expected Purge Date: <br><br>Image SOP<br>Email Notification,<br>Email Notification,<br>Email Notification,<br>Email Notification,<br>Email Notification,<br>Email Notification, |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street |

Page 1 of 2 / AN

**Exhibit B**



# Case Information Summary for Case Number 2021-L-009378

Filing Date: 09/21/2021

Division: Law Division

Ad Damnum: $50001.00

Case Type: PERSONAL INJURY(MOTOR VEHICLE)

District: First Municipal

Calendar: A

## Party Information

**Plaintiff(s)**

LACH KAMILA

**Attorney(s)**

TOMASIK KOTIN&KASSERMAN L
161 N CLARK #3050
CHICAGO IL, 60601
(312) 605-8800

**Defendant(s)**
MAYER DANIEL
LYFT, INC.

**Defendant Date of Service**

**Attorney(s)**

## Case Activity

Activity Date: 09/21/2021 — Participant: LACH KAMILA

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED (JURY DEMAND)

Court Fee: 600.50
Ad Damnum Amount: 50001.00

Attorney: TOMASIK KOTIN&KASSERMAN L

Activity Date: 09/21/2021 — Participant: LACH KAMILA

AFFIDAVIT FILED

Ad Damnum Amount: 50001.00

Activity Date: 09/21/2021 — Participant: LACH KAMILA

AFFIDAVIT FILED

Ad Damnum Amount: 50001.00

**Exhibit C**

Activity Date: 09/21/2021 — Participant: LACH KAMILA

CERTIFICATE FILED

Ad Damnum Amount: 50001.00

Activity Date: 09/22/2021      Participant: LACH KAMILA

SUMMONS ISSUED AND RETURNABLE

Attorney: TOMASIK KOTIN&KASSERMAN L

Activity Date: 09/22/2021      Participant: LACH KAMILA

SUMMONS ISSUED AND RETURNABLE

Attorney: TOMASIK KOTIN&KASSERMAN L

Activity Date: 09/23/2021      Participant: LACH KAMILA

ELECTRONIC NOTICE SENT

Attorney: TOMASIK KOTIN&KASSERMAN L

Microfilm: LD000000000

Activity Date: 09/23/2021      Participant: LACH KAMILA

CASE MANAGEMENT DATE GENERATED

Date: 12/01/2021

Court Time: 1000

Activity Date: 10/05/2021      Participant: LYFT, INC.

SUMMONS SERVED - CORPORATION/COMPANY/BUSINESS

Date: 10/01/2021      Microfilm: LD000000000

[Back to Top]

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

| DRAC | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 U1 | 1 | 3 | 4 | 1 U1 | 5 U1 | 1 U1 | 1 | 1 U1 | 3 | 10 | 3 U1 | 1 U2 |
| 1 U2 | | | | 1 U2 | 1 U2 | 1 U2 | | 1 U2 | | | |

IY003

* X001686308 *

**INVESTIGATING AGENCY:** Schaumburg Police Dept

**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:** ☐ $500 OR LESS  ☐ $501 - $1,500  ☑ OVER $1,500

**TYPE OF REPORT:** ☑ ON SCENE  ☐ NOT ON SCENE (DESK REPORT)  ☐ AMENDED

☐ A. No Injury / Drive Away
☑ B. Injury and / or Tow Due to Crash

**YR:** 19  **AGENCY CRASH REPORT NO.:** 19-32061

**TRFW:** 3  **VEHT:** 15 U1 / 1 U2

**ADDRESS NO.:**  **HIGHWAY OR STREET NAME:** S ROSELLE RD
☑ City  ☐ Township  **SCHAUMBURG**
**INTERSECTION RELATED:** ☑ Y ☐ N
**DATE OF CRASH:** 9/23/2019  **TIME:** 6:30  ☐ AM ☑ PM
**SECONDARY CRASH:** ☐ YES ☑ NO
**FLOW CONDITION:** ☐ SLOW ☐ STOPPED ☑ FREE FLOW

(CIRCLE) ___ FT / MI  N S E W  **W WISE RD**
☑ AT INTERSECTION WITH (NAME OF INTERSECTION OR ROAD FEATURE)

**COUNTY:** COOK
**PRIVATE PROPERTY:** ☐ Y ☑ N
**HIT & RUN:** ☐ Y ☑ N
**DOORING WITH PEDALCYCLIST?:** ☐ Y ☑ N
**# OF MOTOR VEHICLES INVLD:** 2

**# LNS:** 5

---

**UNIT 1**

☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV

**NAME (LAST, FIRST, M.):** NGUYEN, THERESA L
**DATE OF BIRTH:** 2/16/1979
**STREET ADDRESS:** 7460 CUMBERLAND DR
**SEX:** F  **SAFT:** 2  **AIR:** 4
**CITY:** HANOVER PARK  **STATE:** IL  **ZIP:** 60133  **INJ:** O  **EJCT:** 1  **EPTH:** 0
**MAKE:** TOYOTA  **MODEL:** VENZA  **YEAR:** 2012
**AUTOMATION SYSTEM:** ☐ Y ☐ NO ☑ UNK  **LEVEL IN VEH.:** 9  **LEVEL ENGAGED AT CRASH:** 9
**PLATE NO.:** E444937  **STATE:** IL  **YEAR:** 2019
**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):** 00 - NONE / 13 - UNDER CARRIAGE / 14 - TOTAL (ALL) / 15 - OTHER / 99 - UNKNOWN
**POINT OF FIRST CONTACT:** 11
**TOWED DUE TO CRASH:** ☑ Y ☐ N
**FIRE:** ☐ Y ☑ N
**DISTRACTED:** ☐ Y ☑ N
**COM VEH:** ☐ Y ☑ N

**PHONE NUMBER:** (407) 350-1048  **DRIVER LICENSE NO.:** N250-8127-9647  **STATE:** IL  **CLASS:** D  **CDL ID:** 0
**VIN:** 4T3ZK3BB8CU047892  **INSURANCE CO.:** Geico  **EXPIRED:** ☐ Y ☑ N
**EMS AGENCY:**  **PEDV / PPA / PPL:**  **VEHICLE OWNER (LAST, FIRST, M.I.):** NGUYEN, THERESA L  **POLICY NO.:** 4505989782
**HOSPITAL (TAKEN TO):**  **INCIDENT RESPONDER:** ☐ Y ☐ N  **IF Y:**  **OWNER STREET, CITY, STATE, ZIP:** 7460 CUMBERLAND DR HANOVER PARK, IL 60133  **PHONE NUMBER:** (407) 350-1048

**ALIGN:** 1  **U1:** 1  **U2:** 1  **RSUR:** 1

---

**UNIT 2**

☑ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV ☐ NCV ☐ DV

**NAME (LAST, FIRST, M.):** MAYER, DANIEL J
**DATE OF BIRTH:** 8/25/1996
**STREET ADDRESS:** 5 GARDEN PLACE CIR APT F
**SEX:** M  **SAFT:** 2  **AIR:** 4
**CITY:** CARY  **STATE:** IL  **ZIP:** 60013  **INJ:** O  **EJCT:** 1  **EPTH:** 0
**MAKE:** HYUNDAI  **MODEL:** ACCENT  **YEAR:** 2016
**AUTOMATION SYSTEM:** ☐ Y ☐ NO ☑ UNK  **LEVEL IN VEH.:** 9  **LEVEL ENGAGED AT CRASH:** 9
**PLATE NO.:** Z789168  **STATE:** IL  **YEAR:** 2020
**POINT OF FIRST CONTACT:** 11
**TOWED DUE TO CRASH:** ☑ Y ☐ N
**FIRE:** ☐ Y ☑ N
**DISTRACTED:** ☐ Y ☑ N
**COM VEH:** ☐ Y ☑ N

**PHONE NUMBER:** (847) 666-7798  **DRIVER LICENSE NO.:** M600-1709-6242  **STATE:** IL  **CLASS:** D  **CDL ID:** 0
**VIN:** KMHCT4AE2GU963292  **INSURANCE CO.:** AAA  **EXPIRED:** ☐ Y ☑ N
**EMS AGENCY:**  **VEHICLE OWNER (LAST, FIRST, M.I.):** MAYER, DANIEL J  **POLICY NO.:** AUTO54902115
**HOSPITAL (TAKEN TO):**  **OWNER ADDRESS (STREET, CITY, STATE, ZIP):** 5 GARDEN PLACE CIR F, CARY, IL 60013  **PHONE NUMBER:** (847) 666-7798

**SPDR:** 0  **RDEF:** 1  **BAC:** 996 U1 / 996 U2

---

**PASSENGERS & WITNESSES ONLY**

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | (EPTH) | (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 6 | 9/15/1978 | F | 2 | 4 | O | 1 | 0 | LACH, KAMILA, 6320 84TH ST MIDDLE VILLAGE, NY 11379 / (718) 812-3612 | | |
| W | | 10/8/1968 | F | | | | | | CANNATARO, CARRIE A, 244 LUNDY LN SCHAUMBURG, IL 60193 / (847) 666-7798 | | |

**# OCCS:** 1 U1 / 2 U2

---

| | (EVNO) | (MOST) | (EVNT) | (LOC) | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY | POLICE NOTIFIED | TIME | | Did crash occur in a Work Zone? |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIT 1 | 1 | ☑ | 11 | 1 | | | 9/23/2019 | 6:32 ☐AM ☑PM | | ☐Y ☑N |
| | 2 | ☐ | | | PROPERTY OWNERS ADDRESS: STREET, CITY, STATE, ZIP | PRIMARY 06  SECONDARY 99 | EMS NOTIFIED 9/23/2019 | 6:32 ☑AM ☐PM | | If YES check one below: ☐ Construction |
| | 3 | ☐ | | | ☑ CITATIONS ISSUED ☐ PENDING  NGUYEN, THERESA L | SECTION 5/11-801  CITATION NO. 5E549-567 | EMS ARRIVED 9/23/2019 | 6:40 ☑AM ☐PM | | ☐ Maintenance |
| UNIT 2 | 1 | ☑ | 11 | 1 | ARREST NAME  ☐ CITATIONS ISSUED ☐ PENDING | SECTION  CITATION NO. | ROAD CLEARANCE 9/23/2019 | 7:10 ☐AM ☑PM | | ☐ Utility  ☐ Unknown work zone type |
| | 2 | ☐ | | | ARREST NAME | | | | | |
| | 3 | ☐ | | | OFFICER ID. 3851  SIGNATURE David Parlberg | BEAT / DIST.  SUPERVISOR ID. ELLIOT ROSE, 3661 | COURT DATE 10/25/2019 | 9:00 ☑AM ☐PM | | Workers present? ☐Y ☑N |

**DIRP:** 8  **SLMT:** 40 / 40

**Exhibit D**

| X001686308 | A **Diagram** and **Narrative** are required on all **Type B** crashes, **even if** units have been moved prior to the officer's arrival. | **LARGE TRUCK, BUS, OR HM VEHICLE** |



IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or

2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus); or

3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car); or

4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or

5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

UNIT ___

CARRIER NAME _____

ADDRESS _____

_____

CITY/STATE/ZIP _____

MOTOR CARR. ID ☐ Interstate ☐ Intrastate
☐ Not In Comm./Govt. ☐ Not In Comm./Other

USDOT NO. _____ ILLCC NO. _____

Source of above
☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

GVWR/GCWR
☐ <10,000 ☐ 10,000 - 26,000 ☐ >26,000

Were HAZMAT placards on vehicle? ☐ Yes ☐ No
If yes, name on placard _____
4 digit UN NO. _____ 1 digit Hazard Class NO. _____

Did HAZMAT Spill from vehicle (do NOT consider FUEL from vehicle's own tank)? ☐ Yes ☐ No ☐ Unknown

Did HAZMAT Regulations violation contribute to the crash?
☐ Yes ☐ No ☐ Unknown

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes ☐ No ☐ Unknown

Was a Driver/Vehicle Examination Report form completed?
HAZMAT ☐ Yes ☐ No ☐ Unknown Out of Service ☐ Yes ☐ No
MCS ☐ Yes ☐ No ☐ Unknown Out of Service ☐ Yes ☐ No
Form Number _____

IDOT PERMIT NO. _____ WIDELOAD? ☐ Y ☐ N
TRAILER VIN 1 _____
TRAILER VIN 2 _____
TRAILER WIDTH(S) 0 - 96"  97 - 102"  > 102"
TRAILER 1 ☐ ☐ ☐
TRAILER 2 ☐ ☐ ☐
TRAILER LENGTH(S) 1 _____ ft 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft NO. OF AXLES _____

SELECT CODES FROM BACK OF CRASH BOOKLET
VEHICLE CONFIG. _____ CARGO BODY TYPE _____ LOAD TYPE _____

**NARRATIVE (refer to vehicle by unit #)**

Driver of Unit 1 stated the following in summary: Unit 1 was in the left turn lane facing NB on Roselle Rd, slightly in the intersection of Wise Rd. Unit 2 was traveling SB in the median lane on Roselle Rd. The light turned red and Unit 1 proceeded to turn left to get out of the intersection. Driver of Unit 2 ran a red light and struck Unit 1's front driver side bumper with the driver side bumper and doors of Unit 2.

Driver of Unit 2 stated the following in summary: Unit 2 was traveling SB in the median lane on Roselle Rd approaching the intersection of Wise Rd. Unit 1 was in the left turn lane facing NB on Roselle Rd at the intersection of Wise Rd. As Unit 2 proceeded into the intersection, the light turned yellow and Unit 1 turned left into Unit 2, striking Unit 2's front driver side bumper and doors.

**LOCAL USE ONLY**

N 42.0053
W -88.0800

| U1 COLOR **Blue** | U2 COLOR **Red** | U1 Race. **W** | U2 Race. **W** |
|---|---|---|---|
| U1 TOWED DUE TO ☑ DISABLING DAMAGE ☐ NOT DISABLING DAMAGE | DAMAGE EXTENT: **3** | U1 TOWED (Y) / TO: **redmons** | |
| U2 TOWED DUE TO ☑ DISABLING DAMAGE ☐ NOT DISABLING DAMAGE | DAMAGE EXTENT: **3** | U2 TOWED (Y) / TO: **redmons** | |

**Narrative**

Witness stated the following in summary: Witness was traveling SB on Roselle Rd in the median lane behind Unit 2. Unit 1 was facing NB on Roselle Rd, waiting to turn left onto Wise Rd in the left turn lane. Unit 2 entered the intersection of Wise Rd when the lights were yellow and was struck by Unit 1, who began turning in front of Unit 2.

10/9/2019 5:31 PM FAXCORE -> 8777959975 4

PAGE 4/4 * RCVD AT 10/9/2019 4:31:54 PM [Central Daylight Time] * SVR:TTOTCAW6/10 * DNIS:3105 * CSID:FAXCORE * DURATION (mm-ss):06-03

cyberdriveillinois.com is now ilsos.gov



# Corporation/LLC Search/Certificate of Good Standing

Corporation File Detail Report

| | |
|---|---|
| File Number | 69753604 |
| Entity Name | LYFT, INC. |
| Foreign Assumed Name | LYFT ILLINOIS, INC. |
| Status | ACTIVE |

## Entity Information

| | |
|---|---|
| Entity Type | CORPORATION |
| Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | Thursday, 16 October 2014 |
| State | DELAWARE |
| Duration Date | PERPETUAL |

<span style="color:red">Exhibit E</span>

## Agent Information

Name
C T CORPORATION SYSTEM

Address
208 SO LASALLE ST, SUITE 814
CHICAGO , IL 60604

Change Date
Wednesday, 20 September 2017

## Annual Report

Filing Date
Wednesday, 1 September 2021

For Year
2021

## Officers

President
Name & Address
JOHN ZIMMER 185 BERRY ST STE 5000 SAN FRANCISCO CA 94107

Secretary
Name & Address
KRISTIN SVERCHEK 185 BERRY ST #5000 SAN FRANCISCO CA 94107

Return to Search

File Annual Report
Adopting Assumed Name
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.ilsos.gov, the official website of the Illinois Secretary of State's Office.   Tue Oct 19 2021

049137/20172/RCH/ELA/AML

# IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAMILA LACH, | |
| Plaintiff, | Case Number |
| v. | |
| DANIEL MAYER and LYFT, INC., | |
| Defendants. | |

### DECLARATION OF ATTORNEY ERIK L. ANDERSEN

I, Erik L. Andersen, declare that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify, would state as follows:

1. I am one of the attorneys of record for Defendant Lyft, Inc.

2. On October 19, 2021, I contacted Plaintiff's counsel via phone in order to secure information on the claimed damages to assess the amount in controversy.

3. Plaintiff's counsel stated that Plaintiff underwent a discectomy and will need further surgery, allegedly, as a result of the September 23, 2019 accident that is the basis for Plaintiff's Complaint.

4. Plaintiff's counsel also advised that despite Plaintiff already collecting $100,000 from the underlying tortfeasor's insurance carrier, Plaintiff is still seeking damages in an amount in excess of $100,000 in this matter.

5. Further declarant sayeth not.

I, Erik L. Andersen, declare under penalty of perjury that the foregoing is true and correct.

**Exhibit F**

Executed on this 19th day of October, 2021

**/s Erik L Andersen**

**Erik L. Andersen**